## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **Erik B. Cherdak** | : |
| **Plaintiff,** | : |
| v. | : Case No. 1:11-cv-0353 (LO/JFA) |
| **ASCENA RETAIL GROUP, ET AL.** | : |
| **Defendants.** | : |

## STIPULATION OF DISMISSAL

Plaintiff Erik B. Cherdak, filed a complaint in this action alleging that defendants BCNY International, Inc. ("BCNY") and Tween Brands, Inc. (Tween") (substituted by agreement of the parties for Ascena Retail Group) have infringed U.S. Patent No. 5,343,445 ("the `445 Patent"). The defendants answered asserting defenses of non-infringement and invalidity and BCNY has filed counterclaims seeking a declaratory judgment of non-infringement and invalidity.

The parties have entered into a confidential settlement agreement resolving this dispute and Plaintiff and Defendants hereby stipulate to the dismissal with prejudice of all claims and counterclaims in the above stated action as to all parties. The parties shall each bear their respective costs and expenses.

**ERIK CHERDAK**

January 17, 2011

      /S/ Daniel S. Ward
Daniel S. Ward VSB 45978
Ward & Ward PLLC
2020 N Street, NW
Washington, DC 20036
(202) 331-8160
(202) 503-1455 (facsimile)
dan@wardlawdc.com

ATTORNEY FOR PLAINTIFF

|  |  |
|---|---|
|  | **BCNY INTERNATIONAL, INC. and TWEEN BRANDS, INC.** |
| January 17, 2011 | _____/S/ Mitchell Feller_____ <br> Mitchell Feller (*Pro Hac Vice*) <br> Sobel & Feller LLP <br> 444 Madison Avenue, 17th Floor <br> New York, New York 10022 <br> (212) 308-0600 X 157 <br> (212) 308-0611 Fax <br> msfeller@sobelfeller.com <br><br> ATTORNEY FOR DEFENDANTS |