IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ERIK B. CHERDAK, | ) |
| Plaintiff, | ) ) ) ) |
| v. | )  Civil Action No.: 1:11-cv-353 |
| ASCENA RETAIL GROUP, et al., | ) ) ) |
| Defendants. | ) |

### ORDER

This matter comes before the Court on the Plaintiff's request for Stipulated Dismissal (Dkt. No. 43). The parties have entered into a Settlement Agreement, and it is hereby

ORDERED that the Stipulated Dismissal (Dkt. No. 43) is GRANTED and this case, including all claims and counterclaims, is DISMISSED WITH PREJUDICE. The parties shall each bear their respective costs and expenses. The Clerk is hereby directed to close this case.

January 23, 2012
Alexandria, Virginia

/s/
Liam O'G...
United States District Judge